IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Date: 8/28/07 |
| | ) | |
| vs. | ) | Case No. 05-6002-01-CR-SJ-GAF |
| | ) | |
| LISA MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

## MINUTES OF HEARING

HONORABLE Gary A. Fenner presiding at Kansas City, Missouri.
======================================================================
Nature of Proceeding: Daubert Hearing
Time Commenced: 11:00 a.m.                    Time Terminated: 1:25 p.m.
Plaintiff by:   Matt Whitworth, AUSA          Defendant by:   Frederick Duchardt
                Roseann Ketchmark, AUSA                       John O'Connor
                Cynthia Cordes, AUSA                          David Owen, AFPD

| **Remarks:** | **Witness Testifying** |
|---|---|
| Court in session at 11:00 a.m. Government calls Dr. Alan Evans. Witness sworn. Direct 11:04 a.m. Cross 11:29 a.m. Court in recess at 12:15 p.m. Court in session at 1:11 p.m. Defense continues cross at 1:11 p.m. Witness excused at 1:20 p.m. Court in recess at 1:25 p.m. | Dr. Alan Evans<br>11:04 a.m. - 12:15 p.m.<br>1:11 p.m. - 1:20 p.m. |

**Time & Date Pltf. Rested**_____**Deft.Rested**_____
Court Reporter: Libby Shinn                    By:   Tracy Diefenbach, Courtroom Deputy