# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

United States of
America                    Plaintiff,    )
                                         )
                                         )
                                         )    CIVIL/CRIMINAL
          vs.                            )    ACTION NUMBER:
                                         )    05-6002 01 CRSPECF
Lisa Montgomery                          )
                                         )    Date: 8-28-07
                          Defendants.    )

## EXHIBITS

⌣    = Offered & Admitted without objection
X    = Offered & Admitted over objection
Ex.  = Offered, but objected to and excluded
N.O. = Marked but not offered
D.B. = Admitted, de bene
W.D. = Offered then withdrawn
Ltd. = Admitted for limited purposes

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| A | ⌣ | 8-28-07 | 11:08 am | Alan Evans' CV |
| B | ⌣ | " | " | Evans report |
| C | ⌣ | " | " | Curr report |
| D | ⌣ | 8-28-07 | 11:08 am | Evans' CV summary |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page #____ I CERTIFY that I have this date _____ received the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits, listed above, for which I will hold myself responsible.

_____          _____
PRINTED NAME                              SIGNATURE