IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case # 05-6002-01-CR-SJ-GAF |
| | ) | |
| | ) | |
| LISA M. MONTGOMERY | ) | |
| Defendant | ) | |

### *LISA M. MONTGOMERY'S NOTICE OF APPENDIX ATTACHMENT PERTAINING TO SUGGESTIONS IN SUPPORT OF MOTION FOR JUDGMENT OF ACQUITTAL OR FOR NEW TRIAL POINT SEVEN REGARDING PENALTY PHASE INSTRUCTIONS*

Comes now Lisa M. Montgomery, by attorney, and does hereby give notice that she is separately filing with the Court the Appendicies to these suggestions, specifically Appendix A through Z, due to problems encountered in electronic filing of same.

Respectfully submitted

/s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.
MO Bar Enrollment Number 28868
P.O. Box 349
Kearney Mo. 64060
Phone: 816-213-0782
Fax: 816-635-5155
ATTORNEY FOR MRS. MONTGOMERY

## *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the foregoing Motion was served electronically upon the following

Matt Whitworth
Roseann Ketchmark
Cynthia Cordes
Assistant United States Attorneys
Charles Evans Whittaker Courthouse
400 E. 9th St., Fifth Floor
Kansas City, MO  64106

/s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.