# RE-ANALYSIS OF PET FINDINGS
## October 1, 2007

We have re-analyzed the data from Dr. Gur and attempted to keep the discussion to a minimum in order to clarify the key point – **mismatched normalization**. We have both independently re-analyzed the data. The graph below show the problem we are pointing out. The Blue and Magenta lines are similar to Dr. Gur's Figure 4a with a major separation between them. This was generated by an incorrect analysis where (i) the control data was normalized by the average gray matter (GM) value (Blue) but (ii) the LM data were normalized using the average whole brain (WB) value (Magenta). Note the apparent elevation of the LM curve.



**Our re. analysis of PET data compared with Figure 4a from Dr. Gur's report**

If both datasets are normalized in the same way, as shown below, the LM data reduces to the Yellow curve, i.e. much closer to the Blue Control curve.

