**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 05-6002-CR-SJ-GAF** |
| | ) | |
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING IN PART AND DENYING IN PART LISA MONTGOMERY'S REQUEST FOR APPOINTMENT OF COUNSEL FOR PROCEEDINGS PURSUANT TO 28 U.S.C. 2255 AND 18 U.S.C. 3599(a)(2)**

Now pending before the Court is Defendant Lisa Montgomery's Request for Appointment of Counsel for Proceedings Pursuant to 28 U.S.C. 2255 and 18 U.S.C. 3599(a)(2) (Doc. #428). The Court having considered said request, it is

ORDERED that Lisa Nouri and Christine Blegen are appointed under 18 U.S.C. § 3005 and the Criminal Justice Act, 18 U.S.C.§ 3006A, as counsel for Defendant Lisa M. Montgomery.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: April 17, 2012