IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES of AMERICA, Plaintiff, | ) | |
| v. | ) | Case No. 05-6002-CR-SJ-GAF |
| LISA M. MONTGOMERY, Defendant. | ) | |

***LISA MONTGOMERY'S MOTION REGARDING BILLING PROCEDURES, FOR SETTING OF COMPENSATION LIMITS, AND FOR AUTHORIZATION TO MAKE INTERIM PAYMENTS FOR APPOINTED COUNSEL***

COMES NOW Lisa Montgomery, by attorney, Lisa G. Nouri, and does move this Honorable Court, pursuant to 18 U.S.C. 3599(g)(1), to set an hourly compensation rate for appointed Counsel in the above captioned cause. Mrs. Montgomery further moves this Honorable Court for its Order, pursuant to 18 U.S.C. 3599 and 18 U.S.C. 3006A(d)(1), that interim payments be made to counsel. The grounds for this Motion will be set forth in the subsequent numbered subparagraphs.

1. In the above captioned cause, Mrs. Montgomery was convicted of the charge of kidnapping resulting in death and sentenced to death by this Court.

2. This Court has entered its Orders, appointing undersigned counsel, Lisa G. Nouri, and Christine M. Blegen to represent Mrs. Montgomery in connection with the above captioned cause (Doc. 430).

3. Undersigned Counsel believes that this matter will be both complex and extended. Undersigned counsel has reached this conclusion based upon the fact that this is a Section 2255 capital case, and based upon her discussions with prior Counsel and the Federal Defender's Officer, her observation of the hard copy materials regarding the case viewed at the Federal Defender's Office, and the experience of co-counsel Blegen in capital cases. Naturally, the Court wants for Counsel to devote maximum time and effort on every aspect of the case. Both appointed counsel are sole practitioners and spending very substantial amounts of time on this matter, and the inability to submit interim vouchers would cause financial hardship on both counsel pending disposition of this matter.

4. Pursuant to 18 U.S.C. 3599(g)(1), and recent appropriations actions by Congress, this Court is authorized to compensate Counsel at a rate of not more than $178.00 per hour for in-court and out-of-court time. Among the factors that the Court may consider in determining the appropriate rate of compensation for appointed counsel are the experience of appointed counsel, and the prevailing hourly rate paid by this and other courts in similar matters.

5. The experience of undersigned counsel, Lisa G. Nouri, substantially exceeds the minimum requirements set forth in 18 U.S.C. 3599(b) and (c). Ms. Nouri has been admitted to practice before the Courts of Missouri and before the Western District of Missouri since 1985. She worked for Jackson County, Missouri

in the 80's until entering private practice in 1991 and has been appointed CJA counsel since 1991 in several hundred cases. Ms. Nouri has, by Court Appointment, tried several cases in the United States District Court for the Western District of Missouri. She has also handled CJA appointments by the United States Court of Appeals for the Eighth Circuit upon several different matters.

6. The experience of counsel Christine M. Blegen likewise substantially exceeds the minimum requirements set forth in 18 U.S.C. 3599(b). Ms. Blegen has worked for the Missouri Attorney General's Office, Criminal Division and handled over 100 felony appeals including capital cases. She was a law clerk for ten years for the Honorable Scott Wright prior to entering private practice in 2010. She now accepts CJA appointments in the Western District of Missouri and the 8th Circuit Court of Appeals.

7. In light of the foregoing, undersigned counsel respectfully suggests that the compensation be set for her and Ms. Blegen at the rate of $178.00 per hour for in-court and out-of-court time.

8. Undersigned counsel also respectfully requests that, pursuant to 18 U.S.C. 3006A(1), this Court permit interim payments to Counsel, directing that Counsel submit requests for payments on a monthly basis. By requiring that Counsel submit billing on a monthly basis, the Court is better able to keep track of the costs in the

case as those are incurred. This is the procedure which is preferred by the Court's Clerk's Office.

WHEREFORE, Counsel for Mrs. Montgomery pray that this Honorable Court set the hourly rate for compensation of Counsel Lisa G. Nouri and Christine M. Blegen at $178.00 per hour per the dictates of 18 U.S.C. 3599(g)(1) and applicable appropriations by Congress. Counsel further pray this Honorable Court for its Order, pursuant to 18 U.S.C. 3599 and 18 U.S.C. 3006A(d)(1), directing that interim payments be made to counsel. Mrs. Montgomery additionally prays for any other and further relief which the Court deems just and proper under the circumstances.

Respectfully submitted

/s/Lisa G. Nouri
Lisa G. Nouri
Bar Enrollment Number 32800
2526 Holmes
Kansas City, MO 64108
Phone: 816-471-1000
Fax: 816-471-1285
ATTORNEY FOR LISA MONTGOMERY

***Certificate of Service***

I hereby certify that on April 23, 2012, a copy of the foregoing Motion was electronically filed using the CM/ECF system.

/s/Lisa G. Nouri
Lisa G. Nouri