IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES of AMERICA,<br>Plaintiff,<br>v.<br><br>LISA M. MONTGOMERY,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>) | Case No. 05-6002-CR-SJ-GAF |

**_REQUEST FOR AUTHORIZATION TO TRAVEL TO TEXAS FOR DEFENSE COUNSEL LISA G. NOURI AND CHRISTINE M. BLEGEN_**

Comes now Lisa Montgomery, by attorney Lisa G. Nouri, and does hereby make her request for authorization from this Honorable Court for travel by defense counsel Lisa G. Nouri and Christine M. Blegen to begin on May 15, 2012 and to be completed by May 16, 2012 for the purpose of meeting and interviewing the defendant. In support of this motion, Mrs. Montgomery states as follows:

1. Counsel Lisa G. Nouri and Christine M. Blegen have schedule to meet and interview the defendant at the FMC in Carswell, Texas beginning in the a.m. on May 15 and continuing throughout the day. Ms. Blegen will be flying round trip from Kansas City to Dallas and Ms. Nouri will only take the return flight to Kansas City because she will already be in the Dallas area. The flights have been secured through Southwest Airlines and counsel believes the $69 one way rate will not be beaten by the National Travel Service rate.

2. Travel expenses will include airfare, rental car, one night hotel lodging, and meals. Counsel seeks this Court's approval to make travel arrangements for the above travel and reimbursement.

WHEREFORE, Mrs. Montgomery prays that this Honorable Court make and enter its Order authorizing travel as aforementioned, including reimbursement for expenditure of funds therefor, for travel by Lisa G. Nouri and Christine M. Blegen.

Respectfully submitted

/s/Lisa G. Nouri
Lisa G. Nouri
Bar Enrollment Number 32800
2526 Holmes
Kansas City, MO 64108
Phone: 816-471-1000
Fax: 816-471-1285
ATTORNEY FOR LISA MONTGOMERY

***Certificate of Service***

I hereby certify that on April 23, 2012, a copy of the foregoing Motion was electronically filed using the CM/ECF system.

/s/Lisa G. Nouri
Lisa G. Nouri