**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **vs.** | **)** | **Case No. 05-6002-CR-SJ-GAF** |
| | **)** | |
| **LISA M. MONTGOMERY,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

**ORDER GRANTING LISA MONTGOMERY'S MOTION REGARDING BILLING PROCEDURES, FOR SETTING OF COMPENSATION LIMITS, AND FOR AUTHORIZATION TO MAKE INTERIM PAYMENTS FOR APPOINTED COUNSEL**

Now pending before the Court is Defendant Lisa Montgomery's Motion Regarding Billing Procedures, for Setting of Compensation Limits, and for Authorization to Make Interim Payments for Appointed Counsel (Doc. #431). For good cause shown, it is

ORDERED that the hourly compensation rate for appointed counsel, Lisa G. Nouri and Christine M. Blegen, is set at $178.00 per hour per the dictates of 18 U.S.C. § 3599(g)(1) and applicable appropriations by Congress.

IT IS FURTHER ORDERED that interim payments be made to appointed counsel, Lisa G. Nouri and Christine M. Blegen, pursuant to 18 U.S.C. § 3599 and 18 U.S.C. § 3006A(d)(1).

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: April 25, 2012