**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **vs.** | **)** | **Case No. 05-6002-CR-SJ-GAF** |
| | **)** | |
| **LISA M. MONTGOMERY,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

**ORDER GRANTING REQUEST FOR AUTHORIZATION TO TRAVEL TO TEXAS FOR DEFENSE COUNSEL LISA G. NOURI AND CHRISTINE M. BLEGEN**

Now pending before the Court is the Request for Authorization to Travel to Texas for Defense Counsel Lisa G. Nouri and Christine M. Blegen (Doc. #432). For good cause shown, it is

ORDERED that appointed counsel Lisa G. Nouri and Christine M. Blegen are authorized to travel to Texas for the purpose of meeting and interviewing the defendant, Lisa M. Montgomery, on May 15, 2012. Ms. Nouri is authorized to take the return flight to Kansas City because she will already be in the Dallas area. Ms. Blegen is authorized to travel round trip from Kansas City, Missouri to Texas. Travel expenses are to include airfare, rental car, one night hotel lodging, and meals.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: April 25, 2012