**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 05-06002-01-CR-SJ-GAF |
| | ) | |
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Comes now the undersigned Assistant United States Attorney and enters their appearance as counsel for the United States in the above-styled criminal action.

Respectfully submitted,

TIMOTHY A. GARRISON
United States Attorney

By /s/ *Brian P. Casey*

BRIAN P. CASEY
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on October 16, 2020, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/ *Brian P. Casey*
Brian P. Caey
Assistant United States Attorney