**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LISA M. MONTGOMERY,<br><br>Defendant. | Case No. 05-cr-06002-GAF-1 |

**GOVERNMENT'S NOTICE REGARDING EXECUTION DATE**

The United States hereby notifies the Court that the Director of the Federal Bureau of Prisons, upon the direction of the Attorney General, has scheduled the execution of Lisa M. Montgomery, in accordance with 28 C.F.R. Part 26, for December 8, 2020.

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By */s/ Brian P. Casey*

Brian P. Casey
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on October 16, 2020, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Brian P. Casey*
Brian P. Casey
Assistant United States Attorney