**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

October 16, 2020

Ms. Lisa M. Montgomery
Reg. No. 11072-031
FMC Carswell
J St. Bldg 3000
Fort Worth, TX 76127

Dear Ms. Montgomery:

The purpose of this letter is to inform you that a date has been set for the implementation of your death sentence, pursuant to the Judgment and Order issued on April 4, 2008, by Judge Gary A. Fenner of the United States District Court for the Western District of Missouri. This letter will serve as official notification that pursuant to Title 28, Code of Federal Regulations, Section 26.3(a)(1), the Director of the Federal Bureau of Prisons has set December 8, 2020, as the date for your execution by lethal injection.

Under Title 28, Code of Federal Regulations, Sections 1.1 and 1.10, if you wish to seek commutation of sentence or reprieve from the President, petitions may be emailed directly to the DOJ Pardon Attorney at USPARDON.Attorney@usdoj.gov. If email is not available, petitions may be mailed to the Office of the Pardon Attorney, U.S. Department of Justice, 950 Pennsylvania Avenue, RFK Main Justice Building, Washington, D.C. 20530. The Office of the Pardon Attorney is responsible for receiving and processing on behalf of the President all requests for clemency. If you wish to apply for commutation of sentence your petition must be filed within 30 days of the date you receive this notice.

Soon, your Warden will come to your housing unit to personally discuss with you many of the details surrounding the execution. At that time, the Warden will be available to answer any questions you may have regarding the execution process.

Sincerely,

T.J. Watson
Complex Warden
FCC Terre Haute

cc: The Honorable Gary A. Fenner, Senior U.S. Judge, U.S. District Court (W.D. Missouri)
Ms. Lisa Mitchell, Courtroom Deputy to Senior Judge Fenner, U.S. District Court (W.D. Missouri)
Mr. Timothy A. Garrison, United States Attorney (W.D. Missouri)
Mr. David Ketchmark, First Assistant United States Attorney, (W.D. Missouri)
Mr. Josh Minkler, United States Attorney (S.D. Indiana)
Mr. Joseph "Dan" McClain, United States Marshal (S.D. Indiana)
Ms. Christine M. Blegen, Esq.
Ms. Lisa G. Nouri, Esq.