**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY** | **)** | |
| | **)** | |
| *Petitioner* | **)** | |
| | **)** | |
| **v.** | **)** | Case No. 05-CR-06002 |
| | **)** | |
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| *Respondent* | **)** | |
| | **)** | |

## ENTRY OF APPEARANCE

COMES NOW, Kelley J. Henry, Supervisory Assistant Federal Public Defender, and hereby enters her appearance as counsel for Lisa M. Montgomery, Petitioner herein.

Respectfully submitted this 10th day of January, 2021.


Kelley J. Henry, Mo. Bar No. 38849, TN Bar No. 021113
Assistant Chief. Federal Public Defender
Capital Habeas Unit
Office of the Federal Public Defender
Middle District of Tennessee
Capital Habeas Unit
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736 5047


By*: /s/ Kelley J. Henry*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2021, I filed a true and correct copy of such filing was submitted to the Office of the United States Attorney for the Western District of Missouri via the Electronic Filing System

*/s/ Kelley J. Henry*
Attorney for Lisa M. Montgomery