UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-CR-06002-GAF-1** |
| | ) | |
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given this 11th day of January, 2021, that Defendant in this action appeals to the United States Court of Appeals for the Eighth Circuit from the Order of this Court entered on January 10, 2021, *see* ECF No. 451, in which the Court denied Mrs. Montgomery's motion to enforce the Court's Judgment, *see* ECF No. 402.

DATED: January 11, 2021

Respectfully Submitted,


/s/ Kelley J. Henry
Kelley J. Henry
Amy D. Harwell
Office of Federal Public Defender,
Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
616.736.5047

Lisa G. Nouri
2526 Holmes Street
Kansas City, MO 64108
816.875.0448

Meaghan VerGow (admitted *pro hac vice*)
O'Melveny & Myers LLP
D.C. Bar No. 977165
1625 Eye Street, N.W.
Washington, DC 20006

202.383.5504
mvergow@omm.com

Alec Schierenbeck (admitted *pro hac vice*)
O'Melveny & Myers LLP
N.Y. Bar No. 5391008
7 Times Square
New York, NY 10036
212.728.5837
aschierenbeck@omm.com

*Attorneys for Lisa Montgomery*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2021, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

/s/ Kelley J. Henry