**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 05-06002-01-CR-SJ-GAF** |
| | ) | |
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Now before the Court is Defendant Lisa M. Montgomery's ("Defendant") Motion to Enforce the Court's Judgment.[1] (Doc. # 448). In likely anticipation of this Motion and in response to a footnote included in an opinion entered on January 8, 2021 in a case initiated by Defendant in the United States District Court for the District of Columbia, the Government filed a "Notice of Supplemental Authority" in the above-captioned case, asserting its position that the stay of execution the Court imposed if Defendant appealed her sentence was lifted when her 2255 motion was denied. (Doc. # 447). The Government is correct; in the Court's view, the stay lifted when it denied her 2255 motion. The Court had no intention to limit execution of the judgment beyond exhaustion of appeals. For this reason and the reasons explained in the Government's Notice, it is

ORDERED that Defendant's Motion is DENIED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: January 10, 2021

[1] The Court does not construe Defendant's Motion as one for a stay of execution. If Defendant was seeking a stay in the alternative, such request is also DENIED.