U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL SUPPLEMENT

# MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

---

Case Caption: USA v. Montgomery

Case No. 05-cr-06002-GAF

---

Appellant: **Lisa M. Montgomery**

Appellee: **USA**

Appellant's Attorney(s):

**Kelley J. Henry**
Office of the Federal Public Defender
810 Broadway Street
Suite 200
Nashville, TN 37203
(615) 736-5047
Email: kelley_henry@fd.org

**Lisa G. Nouri**
2526 Holmes
Kansas City
Kansas City, MO 64108
816-547-5625
Email: lisanouri_atty@hotmail.com

**Meaghan McLaine VerGow**
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
202-383-5504
Email: mvergow@omm.com

**Alec Schierenbeck**
O'Melveny and Myers LLP
7 Times Square Tower
New York, NY 10036
212-326-2000
Email: aschierenbeck@omm.com

Appellee's Attorney(s):

**Brian Patrick Casey**
United States Attorney's Office-KCMO
400 E 9th Street
Suite 5510
Kansas City, MO 64106
(816) 426-4138
Fax: (817) 426-3850
Email: brian.casey@usdoj.gov

Court Reporter(s):

Please return files and documents to:
**United States District Court**
**400 East 9th Street, Room 1510**
**Kansas City, MO 64106**

Contact Person for Appeal:
Jason_Terry@mow.uscourts.gov

| | | | |
|---|---|---|---|
| Length of Trial:<br>N/A | Fee:<br>Waived | IFP:<br>Yes | Pending IFP Motion:<br>No |
| Counsel:<br>FPD/CJA | Pending Motions?<br>No | Local Interest?<br>No | Simultaneous Release?<br>No |

**Criminal Cases / Prisoner Pro Se Cases Only:**

| **Defendant Incarcerated?** | **Where?** | **Multiple Defendants?** |
|---|---|---|
| Yes | unknown | No |

**Special Comments:** None