# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 11, 2021

Ms. Kelley J. Henry
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 200
810 Broadway
Nashville, TN 37203

RE: 21-1074 United States v. Lisa Montgomery

Dear Counsel:

The district court has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court. Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

This case will be forwarded to a panel of judges for consideration. You will be advised of any action taken in this case.

An order appointing your office will be issued under a separate Notice of Docket Activity.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

EDG

Enclosure(s)

cc: Mr. Brian Patrick Casey

Ms. Amy D. Harwell
Ms. Lisa M. Montgomery
Ms. Lisa G. Nouri
Mr. Alec Schierenbeck
Ms. Meaghan Vergow
Ms. Paige A. Wymore-Wynn

   District Court/Agency Case Number(s):   5:05-cr-06002-GAF-1

**Caption For Case Number: 21-1074**

United States of America

    Plaintiff - Appellee

v.

Lisa M. Montgomery

    Defendant - Appellant

**Addresses For Case Participants:   21-1074**

Ms. Kelley J. Henry
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 200
810 Broadway
Nashville, TN  37203

Mr. Brian Patrick Casey
U.S. ATTORNEY'S OFFICE
Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO  64106-2149

Ms. Amy D. Harwell
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 200
810 Broadway
Nashville, TN  37203

Ms. Lisa M. Montgomery
U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
11072-031
P.O. Box 27137
Fort Worth, TX  76127-0000

Ms. Lisa G. Nouri
2526 Holmes
Kansas City, MO  64108-0000

Mr. Alec Schierenbeck
O'MELVENY & MYERS
Times Square Tower
7 Times Square
New York, NY  10036-0000

Ms. Meaghan Vergow
O'MELVENY & MYERS
1625 Eye Street, N.W.
Washington, DC  20006-4001

Ms. Paige A. Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106-0000