**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 21-1074

---

United States of America

Plaintiff - Appellee

v.

Lisa M. Montgomery

Defendant - Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - St. Joseph
(5:05-cr-06002-GAF-1)

---

**JUDGMENT**

This appeal is administratively closed. The mandate shall issue forthwith.

January 13, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans