**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 21-1074

United States of America

Appellee

v.

Lisa M. Montgomery

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - St. Joseph
(5:05-cr-06002-GAF-1)

---

**MANDATE**

In accordance with the judgment of 01/13/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 13, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit